IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA RODRIGUEZ, | 1:09-cv-01746-SMS (PC) |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL |
| vs. | ( DOCUMENT #4) |
| K. PEARSON, et al, | |
| Defendants. | |
| _____ / | |

On October 5, 2009, plaintiff filed a motion to compel. This action was just filed on October 5, 2009. The discovery phase of this litigation is not open, and will not be opened until the defendants are served with process and make an appearance in this action. Plaintiff is directed to review the First Informational Order, filed October 5, 2009.

Plaintiff's attempt to conduct discovery is premature, and his motion to compel is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   October 8, 2009**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

-1-