# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K. PEARSON, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-01746-SKO PC<br><br>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 15) |

　　　On February 28, 2011, Plaintiff Jose Garcia Rodriguez, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking a preliminary injunction. Although the motion is not specific, Plaintiff's claims in this action suggest that he is seeking an order requiring prison officials to release him from the SHU.

　　　In a separate order issued concurrently with this order, the Court dismissed this action, with prejudice, for failure to state a claim. In the absence of a justiciable case or controversy, Plaintiff has no standing to seek preliminary injunctive relief and his motion is HEREBY DENIED. Summers v. Earth Island Institute, 555 U.S. 488, ___, 129 S.Ct. 1142, 1149 (2009); Lujan v. Defenders of Wildlife, 504 U.S. 555, 559-61, 112 S.Ct. 2130 (1992); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).

IT IS SO ORDERED.

**Dated:　April 25, 2011**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE